# Commonwealth, Appellant, *v.* Niles-Bement-Pond Company.

Argued June 3, 1902.   Appeal, No. 22, May T., 1902, by plaintiff, for judgment of C. P. Dauphin Co., Commonwealth Docket, 1901, No. 261, for defendant, on appeal from tax settlement in case of Commonwealth v. Niles-Bement-Pond Company. Before MITCHELL, DEAN, FELL, BROWN and POTTER, JJ. Affirmed.

*Frederic W. Fleitz,* deputy attorney general, and *John P. Elkin,* attorney general, for appellant.

*John Hampton Barnes,* for appellee.

PER CURIAM, June 3, 1902:

Judgment affirmed on opinion of the court below in Com. v. American Car and Foundry Company, ante, p. 302.

---

# Commonwealth, Appellant, *v.* American Steel and Wire Company.

Argued June 3, 1902.   Appeal, No. 26, May T., 1902, by plaintiff, from judgment of C. P. Dauphin Co., Commonwealth Docket, 1901, No. 305, for defendant, on appeal from tax settlement in case of Commonwealth v. Americen Steel and Wire Company.   Before MITCHELL, DEAN, FELL, BROWN and POTTER, JJ.   Affirmed.

*Frederic W. Fleitz,* deputy attorney general and *John P. Elkin,* attorney general, for appellant.

*James A. Stranahan,* with him *Knox & Reed,* for appellee.

PER CURIAM, June 3, 1902:

Judgment affirmed on opinion of court below, in Com. v. American Car and Foundry Company, ante, p. 302.